Order issued September 19 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00685-CV

**MATTHEW JENKINS AND J.W. JENKINS, Appellants**

**V.**

**STEWARD TITLE COMPANY, NRT TEXAS, LLC,
AND JPMORGAN CHASE BANK, N.A., Appellees**

# ORDER

The Court has before it the September 13, 2012 joint partial motion of appellants and appellee NRT Texas, LLC to dismiss appeal against NRT Texas, LLC. The Court **GRANTS** the motion and **ORDERS** NRT Texas, LLC dismissed from this appeal. All claims against appellees Steward Title Company and JPMorgan Chase Bank, N.A., remain pending.

MOLLY FRANCIS
JUSTICE